UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN P. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-426-MLM ) |
| JAN TIEMAN, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on plaintiff's motion for leave to proceed on appeal in forma pauperis. The Court previously ruled that an appeal from the dismissal in this matter would not be taken in good faith. See Order of Dismissal dated June 20, 2005. As a result, plaintiff's motion for leave to proceed on appeal in forma pauperis must be denied. See 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed on appeal in forma pauperis is **DENIED**. [Doc. 13]

**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this   29th   day of July, 2005.